UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6360 CR - DIMITROULEAC

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 99-01 FTL    )
                                )
                                )
                                )
_____)

FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal and Sealing Order, (except for copies to be used by law enforcement personnel during the execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court until such time as a defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendants have not yet been arrested and are unaware of the case against them. If a defendant was to learn that he is named as a defendant, he might flee the jurisdiction.

**WHEREFORE**, the United States respectfully requests that this Court order that Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal and Sealing Order, (except for copies to be used by law enforcement personnel during the execution of their official duties in the investigation)



granting the same be **SEALED** until the arrest of a defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 12/19/00    By: *[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3513
Fax. (954) 356-7336

-2-