UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

    v.

YOSMANY NUÑEZ    Defendant

CASE NO. *00-6360*
CR- Dimitroulcas

REPORT COMMENCING CRIMINAL ACTION

*U807-CC9*

TO: CLERK'S OFFICE          *MIAMI*
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will
be indicated as "N/A".

1. Date and time of arrest: _01-08-01 / 4:00 pm_

2. Spoken language: _Spanish_

3. Offense(s) charged: _Theft of Interstate and Foreign Shipment of Freight_

4. U.S. Citizen ☐ YES ☒ NO ☐ UNKNOWN

5. Date of birth: _5-17-72_

6. Type of charging document: (Check One)
   ☒ INDICTMENT    ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _00-6360_     CASE NO.____
   DISTRICT: _Southern District of Florida_ (Where warrant or complaint is filed.)

   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☒ YES ☐ NO
   AMOUNT OF BOND. _20,000_
   WHO SET BOND. _MAGISTRATE JUDGE_

7. REMARKS:____

8. DATE: _1-5-02_      9. _L. MESTRE_
                          ARRESTING OFFICER
10. AGENCY: _FBI_      11. _(305) 471-3480_
                          PHONE NO.

# *United States District Court*

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA

V.

YOSMANY NUNEZ

**TO:    The United States Marshal**
**and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER:

# 00-6360

## CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest_____YOSMANY NUNEZ_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Theft of interstate and foreign shipment of freight,

in violation of Title 18  United States Code, Sections _____371; 659 and 2_____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Fort Lauderdale, Fl
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above defendant at

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

DATE RECEIVED

DATE OF ARREST

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By
Deputy Clerk
Date 12/20/00