CASE NUMBER __00-6360-CR-DIMITRIOULEAS/LLS__

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE __SPANISH__

DEFENDANT(S) __YOSMANY NUNEZ__

c: COURT INTERPERTER SUPERVISOR

