# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

YOSMANY NUNEZ

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6360-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest ___YOSMANY NUNEZ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

Jenny Butler
Signature of Issuing Officer

Bail fixed at $100,000 CSB w/... Neb...

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Fort Lauderdale, FL
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at ___

| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 1/8/01 | | |