UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6360-CR-DIMITROULEAS/Snow__

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO
REPORT RE COUNSEL**

YOSMANY NUNEZ,_____

The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____     Private counsel_____
appeared in open court and is noted as permanent
counsel of record.

_____     The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order.

_____     The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

___✓___     The defendant requested further time to retain
counsel and shall appear before the Court on
__1-17-01__ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.

**DONE AND ORDERED** at Miami, Florida this __12th__ day
of ___JANUARY___,2001.

TAPE NO. 01H- 2 - 3043
3257

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

c. Defense Counsel
Pretrial Services or Probation
U.S. Marshal
AUSA

