
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-Cr- Dimitrouleas

UNITED STATES OF AMERICA,

vs.

Yosmany Nunez

FILED BY __
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI
01 JAN 12 AM 10:42

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows:

Upon request of the parties, and good cause being shown, the **Bond hrg + arraignment** is hereby reset to **1-17-01** at **10:00 Am** before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this **12th** day of **January**, 2001.

TAPE NO: OH12-3043
            3257

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

