# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: YOSMANY NUNEZ (J) # 66807-004　　　CASE NO: 00-6360-CR-DIMITROULEAS

AUSA: DON CHASE /plea　　　ATTY: ALEXANDER MICHAELS, ESQ.

AGENT: 　　　VIOL:

PROCEEDING: INQ RE CNSL / POSSIBLE BOND HEARING　　　RECOMMENDED BOND: 50,000 CSB w/NEBBIA

BOND HEARING HELD - yes / no　　　COUNSEL APPOINTED:

BOND SET @:　　　To be cosigned by:

FILED by D.C. JAN 17 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Cnsl not present but requested by phone that hrg be re-set for tomorrow.

(Circle One) Interpreter Requested / No interpreter / Not Known (Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 1-18 | 11 | SNOW | |
| PTD/BOND HEARING: | 1-18 | 11 | SNOW | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/17/01　TIME: 11:00　FTL/LSS TAPE # 01 - 005　Begin: 3/59　End: 3221