## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | YOSMANY NUNEZ (J) #66807-004 | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | DON CHASE *pres* | ATTY: | ALEXANDER MICHAELS, ESQ. *pres* |
| AGENT: | | VIOL: | |

PROCEEDING: INQUIRY RE COUNSEL / BOND HEARING

RECOMMENDED BOND:

BOND HEARING HELD - yes / (no)

COUNSEL APPOINTED:

BOND SET @: 25,000 CSB w/ Nebbia

To be cosigned by:

FILED by JAN 1 8 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ ✓ Appear in court as directed.
- ✓ Surrender and / or do not obtain passports / travel documents.
- ✓ Rpt to PTS as directed / or ___ x's a week/month by phone: ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

*Stipulated bond set*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Requested
No Interpreter
~~Not Known~~
Spanish
(Specify language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 1-25 | 11 | BSS ✓ | |

DATE: 1/18/01  TIME: 11:00  FTL/LSS TAPE # 01 - 006  Begin: 387  End: 515

95/9