UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

YOSMANY NUNEZ



FILED by D.C. JAN 18 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 18, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:      Address: __CUSTODY__

Telephone: _____

DEFENSE COUNSEL:      Name: __ALEXANDER MICHAELS, ESQ.__

Address: __1507 NW 14TH STREET__

__MIAMI, FL 33125__

Telephone: __305/324-0547__

BOND SET:      $ __25,000 CORPORATE SURETY w/NEBBIA__

Bond hearing held: yes _____ no _____ Bond hearing set for _____

Dated this __18TH__ day of __JANUARY__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: __Jenny Butler__
Deputy Clerk

Tape No. __01-006__

cc: Copy for Judge
    U. S. Attorney

