**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6360-CR-WPD

FILED by
JAN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

v.

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

Yosmany Nunez

COMES NOW ___Act Michaels___, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 1/18/01

Attorney ___Act Michaels___
Address ___1507 NW 14 St.___
City ___Miami___ State ___FL___ Zip ___33125___
Telephone ___(305) 324-0347___
Florida Bar No. ___449611___
Fax No. _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

