# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Yosmany Nunez (no deft) | CASE NO: | 00-6360-CR-Dimitrouleas |
| AUSA: | Don Chase /Bruce Brown/ | ATTNY: | Alexander Michaels /not present/ |
| AGENT: | | VIOL: | /present/ |
| PROCEEDING: | Status Conference | BOND REC: | /present (late)/ |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: ____

____ BOND SET @ ____

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

FILED by INTAKE D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House ____ Electronic Monitoring ____

Discovery out
5 days to try
Don't not to cont pending

Δ - has not recd discovery

NEXT COURT APPEARANCE: ____  DATE: ____  TIME: ____  JUDGE: ____
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____

DATE: 1-25-01    TIME: 11:00am    TAPE # 01-003    PG # 3

2839 - 3223
Recalled
3377