**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-CR-WPD     DATE: February 21, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA  VS. Yasmany Nunez, Francisco Ortega

U.S. ATTORNEY: Don Chase     DEFT. COUNSEL: Alexander Michaels, Brian Bieber

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft Ortega not present as required. Court resets his case for 2/27 @ 9:15 for cal. call.

Re: Deft Yasmany Nunez. Joint motion to continue is granted. Court resets case & finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 4/20/01     TIME: 9:00     FOR: Cal. Call
MISC: 4/23/01   2 week trial period