**CRIMINAL MINUTES**

FILED by _____ D.C.
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-CR-WPD   DATE: April 17, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Rosemary Nunez

U.S. ATTORNEY: Dr. Chase    DEFT. COUNSEL: Alexander Michaels

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Counts 3 & 4. Gov't agrees to dismiss Count 1 & 2 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 6/29/01   TIME: 10:45   FOR: Sentencing

MISC: Written plea agreement filed.

191