## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS

MAY 31 2001

| | |
|---|---|
| **RE:** | Yosmany Nunez |
| **SD/FL PACTS No:** | 66836 |
| **DOCKET NO:** | 00-6360-CR-DIMITROULEAS |
| **OBJECTIONS DUE BY:** | JUNE 8, 2001 |
| **DATE AVAILABLE for DISCLOSURE:** | MAY 30, 2001 |

---

I have read the presentence investigation completed by the United States Probation Office.

\_\_\_\_\_ There are no disputed facts.

\_\_✓\_\_ There are unresolved factual disputes which are attached.

NIGHT BOX FILED
JUN 1 1 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

_____  _____
(Defendant)                  (Date)

_____  6/8/01          MIAMI, FL
(Attorney)                   (Date)          (Location)
ALEXANDER J. MICHAELS


_____  _____   FT. LAUDERDALE, FL
(Assistant U.S. Attorney)    (Date)          (Location)
DONALD CHASE, II


Return To:  BRIDGET A. DINVAUT
U. S. Probation Officer
Room 315, U.S. Courthouse
300 N.E. First Avenue
Miami, Florida 33132-2126

