UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DKTG
JUN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DEFENDANT'S OBJECTIONS TO |
| V. ) | PRESENTENCE INVESTIGATION REPORT |
| ) | Docket No.: 00-6360-CR-331-DIMITROULEAS |
| YOSMANY NUNEZ ) | |

COMES NOW the defendant, YOSMANY NUNEZ, by and through the undersigned attorney and files his written objections to the presentence investigation report and as grounds therefore states:

As to # 46 of the PSI the defendant respectfully submits that the loss he should be responsible for is $85,150. Therefore the increase authorized should be an 8 level increase.

We respectfully submit that the total offense level should be 12 instead of 13.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Donald Chase II, Assistant U.S. Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33301, this 11th day of June, 2001.

Respectfully submitted,

LAW OFFICES OF
ALEXANDER J. MICHAELS
1507 N.W 14TH Street
Miami, Florida 33125

BY_____,
ALEXANDER J. MICHAELS
Fla. Bar No. 449611

