## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-Cr-WPD     DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Marcus Weisberg     INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Ashiraf Nuñez

U.S. ATTORNEY: Don Chase     DEFT. COUNSEL: Alexander Michael

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed:
4 months BOP, 2 years supervised Release
with special condition that the 1st 4 months
one to be spent in home confinement.
No fine. $8420.52 restitution joint & several liability,
$100 assessment.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft informed of right to appeal.